PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:97CR00087-001 |
| Robert Dixon | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Carol L. Sain</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Robert Dixon, who was placed originally on supervision by the Honorable <u>Roderick R. McKelvie,</u> sitting in the court at <u>Wilmington</u> on the <u>17th</u> day of <u>February, 1998</u> who fixed the period of supervision at <u>three years.</u> Your Honor, <u>Kent A. Jordan,</u> revoked the defendant's supervision, on the <u>8th</u> day of <u>December, 2004,</u> sentenced the defendant to 14 months supervision with one year and 10 months supervision to follow, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction of the probation officer.

2. The defendant shall participate and complete the Crest Program at the Plummer House, if he is accepted into the program by the State of Delaware.

3. The defendant shall participate in a mental health treatment program, at the direction of the probation officer.

4. At the direction and discretion of the probation officer, the defendant shall participate in a vocational training program.

It is further ordered that the defendant pay $1,142.04 in restitution to CoreStates Bank, and $403.96 to Wilmington Trust Bank.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Robert Dixon so that he can be brought before the Court to answer the charges of violating the conditions of his supervised release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| Considered and ordered this 13 day of <u>December, 2006</u>. | |
| _____ U.S. District Judge | _____ Probation Officer |
| | Place   Wilmington, Delaware |
| | Date   <u>December 11, 2006</u> |

PETITION/DIXON
Page 2

Standard Condition #2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Evidence:** Mr. Dixon failed to report as directed to the U.S. Probation office on December 5, 2006, or any day thereafter.

Standard Condition #7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Evidence:** Mr. Dixon tested positive for cocaine on June 9, 2006. He admitted himself into the North East Treatment Detox Center on July 5, 2006; and October 31, 2006.

Special Condition: "The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction of the probation officer."

**Evidence:** Mr. Dixon failed report for intake at SODAT on January 31, 2006; and June 21, 2006. He failed to attend group counseling at SODAT on December 5, 2006. Mr. Dixon failed to submit a random urinalysis on September 8, 2006 at SODAT.