IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:97CR00087-001 (KAJ) |
| | ) | |
| | ) | |
| ROBERT DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant

United States Attorney, and hereby moves this Honorable Court for the detention of the

defendant, Robert Dixon, pursuant to 18 U.S.C. §§ 3143(a) and 3583(e)(3), and Federal Rules of

Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of supervised release

petition. The burden rests with the defendant to establish that he will not flee or pose a danger to

any other person or to the community. In support of the instant motion, the United States alleges

that the defendant cannot meet this burden and, therefore, should be detained.

COLM F. CONNOLLY
United States Attorney

By: _____
Sophie E. Bryan
Assistant United States Attorney

Dated:  December 21, 2006



FILED

DEC 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE