# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
F.R.Cr.P. 32.1

__ROBERT DIXON__        Case Number: CR 97-87-KAJ
Defendant

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ___TBD___ * at ___TBD___
                                    Date                  Time

before the ___**TO BE DETERMINED**___
              Name of Judicial Officer

__Courtroom #,    th Flr., Federal Bldg., 844 King St., Wilmington, Delaware__
                    Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
                            Other Custodial Official

and produced for the hearing.

___12/21/06___                    ___[signature]___
   Date                               Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE