UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 97-87-GMS |
| | : | |
| Robert Dixon | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson Bostic, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Robert Dixon, in the above-captioned matter.

/s/
EDSON BOSTIC, ESQUIRE


/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Robert Dixon

DATED: December 28, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Robert Dixon, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on December 28, 2006, to:

Sophie E. Bryan
Assistant United States Attorney
1007 Orange Street, Ste. 1007
P.O. Box 2046
Wilmington, DE 19899

  /s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Robert Dixon

DATED: December 28, 2006